

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 14, 2019

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

2:19-mj-184-VCF

| | |
|---|---|
| In re:<br><br>RAYMOND NGAN,<br><br>　　　　Debtor. | Case No. 17-14166-btb<br><br>Chapter 7<br><br>**ORDER OF CONTEMPT, FOR ARREST, AND GRANTING RELATED RELIEF**<br><br>Hearing date: March 13, 2019<br>Time:　　　　10:00 a.m. |

The Court, having entered an Order Setting Hearing for Raymond Ngan to Appear and Show Cause Why He Should Not Be Held in Contempt of Court ("Order to Show Cause") (ECF No. 434), to provide debtor Raymond Ngan an opportunity to appear and show cause why he should not be held in contempt of Court; having conducted a hearing on the Order to Show Cause on March 13, 2019, at 10:00 a.m., with Ryan A. Anderson of Anderson Law Firm, Ltd., appearing on behalf of First 100, LLC and 1st One Hundred Holdings, LLC ("Creditors") and with Raymond Ngan appearing in proper person; and after consideration of the pleadings and oral arguments, **IT IS HEREBY ORDERED** as follows:

1. Raymond Ngan shall remain in the custody by the United States Marshals Service, pursuant to this Court's inherent authority and pursuant to Fed. Rule Bankr. P. 2005, until further Order of this Court.

1

2. The Rule 2004 Exam of Raymond Ngan will take place on March 21, 2019 at 10:00 a.m., at Lloyd D. George – U.S. Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, in a room designated by the United States Marshals Service.

3. Raymond Ngan shall be examined by Creditors under oath while he is in the custody of the United States Marshals Service. Creditors shall reimburse the United States Marshals Service for all costs incurred in making Raymond Ngan available pursuant to this Order.

4. The Court shall issue a Writ of Assistance, through which the United States Marshals Service shall, provide appropriate assistance to Creditors' authorized agents to locate and seize any and all of Raymond Ngan's relevant financial documents, correspondence and other information ("Information"), including by taking possession of any and all of Debtor's electronic devices capable of storing any electronic information.

5. Any person or entity in possession of the Information shall immediately deliver possession of the Information to the Creditors' authorized agent; the United States Marshals Service is authorized to use any reasonable force in the enforcement of this Order and the Writ of Assistance; and that any failure to so deliver possession of the Information may subject such person or entity to penalties for civil or criminal contempt. The Creditors shall hold the United States Marshal Service harmless of any liability that may be imposed as a result of such execution.

6. The Court has and will retain jurisdiction to enforce this Order in accordance with its terms and to adjudicate any and all matters arising from or related to the interpretation or implementation of this Order.

//

//

7. The Court will hold a Status Conference hearing regarding this Order on March 22, 2019 at 10:00 a.m. in Courtroom #4 located at Foley Federal Building and U.S. Courthouse, 300 Las Vegas Boulevard South, Las Vegas, NV 89101.

**IT IS SO ORDERED.**

###